# United States Bankruptcy Court
## Middle District of Alabama

In re **Johngerlene Webb Oliver**             Case No. **22-31985**
Debtor(s)             Chapter **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:     **BJ'S AUTO SALES**

Address:     **2295 S. HIAWASSEE ROAD**
                **ORLANDO, FL 32853**

**Please be advised that effective  3/23/2023,
The Creditor's new mailing address is:**

Name:     **BJ'S AUTO SALES**

Address:     **P.O. BOX 312**
                **FORT DEPOSIT, AL 36032**

/s/ Mary Conner Pool
**Attorney for Debtor
PO Box 4479
Montgomery, AL 36103
Phone: 334-264-3363
Fax: 334-230-5406
mpool@bondnbotes.com**